## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **EDDUARD PRINCE,**<br>309 Berlin Ave.<br>Baltimore, MD 21225<br><br>     **Plaintiff,**<br><br>     v.<br><br>**SPIRIT AIRLINES, INC.,**<br>2800 Executive Way<br>Miramar, FL 33025<br><br>and<br><br>**H. MCINTYRE GARDNER,**<br>2800 Executive Way<br>Miramar, FL 33025<br><br>and<br><br>**EDWARD CHRISTIE,**<br>2800 Executive Way<br>Miramar, FL 33025<br><br>     **Defendants.** | **Case No. 23-cv-1967** |

## NOTICE OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1441(a), 1446(a), Defendants Spirit Airlines, Inc., H. McIntyre Gardner, and Edward Christie ("Defendants") file this Notice of Removal of the above-captioned matter from the Circuit Court of Maryland for Baltimore City to the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. On June 22, 2023, Plaintiff Edduard Prince ("Plaintiff") served all Defendants with the Summons and Complaint, a true and correct copy of which is attached hereto. No other pleadings were served on Defendants in the State Court action. The action was brought in the

Circuit Court of Maryland for Baltimore City, styled and captioned exactly as above, and assigned Case No. 24-C-23-002632. Plaintiff brings the following claims: deprivation of rights pursuant to 42 U.S.C. § 1983; discrimination in place of public accommodation pursuant to 42 U.S.C. § 2000a; and discrimination in place of public accommodation pursuant to Md. Code Ann., State Government, Title 20, Sub. 3, Sec 20-304.

2.      This Court has jurisdiction over the matter because one or more of Plaintiff's claims arise under the "Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Count I of Plaintiff's Complaint asserts claims under 42 U.S.C. § 1983 and Count II asserts claims under 42 U.S.C. § 2000a. This Court also has supplemental jurisdiction over Plaintiff's remaining claim pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

3.      In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendants were served with a copy of the initial pleading.

4.      The Circuit Court in which this matter was commenced is within this Court's district. Therefore, the matter is properly removable to this Court. 28 U.S.C. § 1441(a).

5.      A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Maryland for Baltimore City, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is filed herewith.

6.      Filed herewith is a copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Plaintiff in accordance with 28 U.S.C. § 1446(a).

7.      The required filing fee and an executed civil cover sheet accompany this Notice.

2.

WHEREFORE, having fulfilled all statutory requirements, Defendant hereby removes this action from the Circuit Court for Baltimore City, Maryland, to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

July 21, 2023

*/s/ Peter J. Petesch*

Peter J. Petesch (CPF No. 8512010480)
Meredith L. Schram-Strosser (CPF No. 1212130102)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
202.842.3400 Telephone
202.842.0011 Facsimile
PPetesch@littler.com
MSchramm-Strosser@littler.com

*Counsel for Defendants*

3.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2023, a true and correct copy of the foregoing was served via FedEx upon:

> Edduard Prince
> 309 Berlin Ave
> Baltimore, Maryland 21225
> Eprince1110@gmail.com
>
> *pro se Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on July 21, 2023, a copy of the foregoing Notice of Removal was served upon the following:

> Xavier A. Conaway, Clerk of Court
> CIRCUIT COURT FOR BALTIMORE CITY
> 111 North Calvert Street, Room 412
> Baltimore, Maryland 21202

> */s/ Peter J. Petesch*
> Peter J. Petesch

4.